393 A.2d 1281

Commonwealth v. Howard Smith, Appellant.

Argued April 12, 1978.  R. Cardas, with him Robert G. Kochems, Assistant Public Defender, for appellant;  Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1282

Commonwealth v. Joseph Smith, Appellant.

Argued April 14, 1978.  Simon B. John, Assistant Public Defender, for appellant;  Gerald R. Solomon, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.